In the Matter of Petition of Andro GURISTA or Andrew Urista for a Writ of Habeas Corpus.

No. 6700.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

Jos. J. Moriarity, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

W. R. HARRINGTON et al., Appellants, v. Younger R. DENNY, Executor, etc., et al.

No. 9826.

Circuit Court of Appeals, Eighth Circuit.

Nov. 14, 1933.

For opinion below, see 3 F. Supp. 584.

George L. Edwards, of Kansas City, Mo., J. E. McCadden, of Memphis, Tenn., and Paul R. Stinson, of Kansas City, Mo., for appellants.

I. N. Watson, James M. Johnson, Donald W. Johnson, James A. Reed, H. M. Langworthy, Byron Spencer, Frank H. Terrell, and James P. Aylward, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of intervener, J. Frank Guyton, executor, etc., pursuant to stipulation of parties.

William Albert HARBISON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 208.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1934.

For the opinion below, see 26 B. T. A. 896.

J. E. MacCloskey, Jr., of Pittsburgh, Pa. (Hugh Satterlee, of New York City, of counsel), for petitioner.

Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

The question presented is identical with that decided in Bliss v. Commissioner, 68 F. (2d) 890, handed down herewith. For the reasons there stated, the order must be, and is, reversed.

L. HAND, Circuit Judge, dissents.